# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Adam Mohanna,

    Plaintiff,

        v.                             Case No. 1:10cv776

Jake Sweeney Automotive, Inc.,         Judge Michael R. Barrett

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[X]**   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ ]**   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The jury verdict finds in favor of the Defendant against the Plaintiff. This action is closed.

Date: August 31, 2012                                   _John P. Hehman, Clerk_
                                                                 Clerk

                                            By:      _S/Barbara A. Crum_
                                            Deputy Clerk